IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3092-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| MIGUEL RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Defendant's motion for reconsideration (filing 93) is denied.

2. Within twenty (20) days of today's date, Defendant shall file either (a) a notice stating that he desires to withdraw his § 2255 motion (filing 90) from the court's consideration or (b) an amended § 2255 motion, using the standard form available from the clerk of the court, that will supersede filing 90.

3. If Defendant fails to comply with the above directive, the court will deny filing 90 as time-barred under 28 U.S.C. § 2255 because it was not filed within one year after Defendant's conviction became final.

January 12, 2006.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge