IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3092-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| MIGUEL RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Inasmuch as Defendant has neither withdrawn his § 2255 motion nor filed an amended § 2255 motion within the time allowed by the court,

IT IS ORDERED that:

1. Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (filing 90) is denied because it was not filed within one year after Defendant's conviction became final.

2. A final judgment of dismissal shall be entered by separate document.

February 10, 2006.                     BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge