IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3092-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| MIGUEL RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order filed this date,

IT IS ORDERED that judgment is entered for the United States and against the defendant, providing that the defendant shall take nothing, and that the motion to vacate, set aside or correct the defendant's sentence under 28 U.S.C. § 2255 (filing 90) is denied as time-barred.

February 10, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge